UNITED STATES of America,
Plaintiff–Appellee,

v.

Timothy STARKS, a.k.a. Tim Brown,
Defendant–Appellant.

No. 14–11519
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 9, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, Cristina V. Maxwell, Maria Kostantina Medetis, Michael Sofia, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Timothy Starks, Coleman, FL, pro se.

Kenneth Lee Weisman, Law Offices of Kenneth Weisman, Miami, FL, for Defendant–Appellant.

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Mauricio Aldazabal, appointed counsel for Timothy Starks, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Starks's conviction and sentence are **AFFIRMED**.